**Dismissed and Opinion Filed October 24, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00856-CV

### WAYNE'S INDUSTRIAL SERVICE, INC., Appellant
### V.
### KEVIN W. KIMBALL, Appellee

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-01568

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is past due. By letter dated August 19, 2016, we notified appellant that we received notice from the district clerk that the clerk's record has not been filed because appellant has not paid or made arrangements to pay the clerk's fee. We cautioned appellant that we would dismiss this appeal if we did not receive the written verification or documentation requested in our letter within ten days. TEX. R. APP. P. 42.3(b)(c). To date, we have not received the requested verification or documentation, and the clerk's record has not been filed.

Further, appellant is not represented by counsel. Because a corporation may only appear through an attorney, we directed appellant, by order of September 9, 2016, to notify this court within thirty days of the date of the order the name, state bar number, mailing and email

addresses, and telephone number of counsel. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). We cautioned appellant that failure to timely obtain new counsel would result in dismissal of the appeal without further notice. To date, appellant has not designated new counsel or otherwise communicated with the Court regarding the appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3, 37.3(b).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

160856F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WAYNE'S INDUSTRIAL SERVICE, INC.,
Appellant

No. 05-16-00856-CV      V.

KEVIN W. KIMBALL, Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-01568.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee KEVIN W. KIMBALL recover his costs of this appeal from appellant WAYNE'S INDUSTRIAL SERVICE, INC.

Judgment entered October 24, 2016.